NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS E. HOGLAND,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2022-1242

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-1483, Senior Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint stipulation of dismissal, which the court construes as a joint motion to dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

2                                                    HOGLAND v. MCDONOUGH

(1)  The motion is granted to the extent that the appeal is dismissed.

(2)  As noted by the parties, costs are to be paid in accordance with the terms of their settlement agreement.

FOR THE COURT

May 10, 2022                         /s/ Peter R. Marksteiner
    Date                             Peter R. Marksteiner
                                     Clerk of Court

ISSUED AS A MANDATE:  May 10, 2022